**FILED**
8/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Robert J. San Jr.

(full name of plaintiff or petitioner)

vs.

Judge Bradley Wailer
Nicholas Cronauer
City of Dekalb

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(NON-PRISONER CASE)**

Case number: **25CV50338**

**JUDGE JOHNSTON**
**MAGISTRATE JUDGE SCHNEIDER**

**Instructions**: Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[ ] to request an attorney

1. *Are you employed?*

   [✓] Yes    Name and address of employer: Dolse IDHFS

   Total amount of monthly take-home pay: 1000.00

   [ ] No     Date(s) of last employment: _____ Last monthly take-home pay: _____

2. *If married, is your spouse employed?* [ ] Not married

   [ ] Yes    Name and address of spouse's employer: _____

   Total amount of spouse's monthly take-home pay: _____

   [✓] No     Date(s) of spouse's last employment: _____ Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   *(list the 12-month total for each)*

   Self-employment, business, or profession: $ _____
   Income from interest or dividends: $ _____
   Income from rent payments: $ _____
   Pensions, annuities, or life insurance: $ _____
   Disability or worker's compensation: $ _____
   Gifts (including deposits into any accounts in your name): $ _____
   Unemployment, public assistance, or welfare: $ _____
   Settlements or judgments (include any that are expected): $ _____
   **Any other source of money**: $ _____

Rev. 2/2020

4.  *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☑Yes ☐No  If yes, how much? __35.00__

5.  *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐Yes ☑No

    If yes, list each item of property and state its approximate value:

    _____

    _____

    _____

6.  *Dependents:* Is anyone dependent on you and/or your spouse for support? ☑Yes ☐No

    If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

    __Daughter H.S.   100% Support - Wife is also disabled__

    _____

7.  *Debts and financial obligations:*  List any amounts you owe to others:

    __Rent    1950.00__

    __Utilitys   700.00__

    __Ford    1000.00__

8.  *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*

    __My wife and daughter are disabled__

    _____

    _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: __8-1025__ 

_____
*Applicant's signature*

Robert San
*Printed name*

Rev. 2/2020