



FILED
8/11/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Robert Sam,
Plaintiff,

v.

Officer Greyson Scott, Officer Andrew Neuman, Officer Aaron Lockhart, Officer Grayson Zepeda, and John/Jane Does 1–5,
Defendants.

Case No. 3:25-cv-50338

**PLAINTIFF'S MOTION TO THE CHIEF JUDGE FOR REASSIGNMENT TO THE EASTERN DIVISION (CHICAGO) DUE TO APPEARANCE OF BIAS**

Plaintiff Robert Sam, pro se, respectfully moves the Honorable Chief Judge of the Northern District of Illinois to reassign this matter to the Eastern Division (Chicago) pursuant to 28 U.S.C. § 137 and the Court's inherent authority to promote the fair and efficient administration of justice, and states:

**1.** This case, involving civil rights claims under 42 U.S.C. § 1983 against several officers of the Sycamore Police Department, was filed in the Northern District of Illinois

and assigned to Magistrate Judge Ian Johnston in the Western Division (Rockford).

**2.** Plaintiff has a pending federal case in the Eastern Division against Chief Judge Bradley Waller (*Sam v. Waller, et al.*), in which allegations of judicial misconduct and bias are central to the claims.

**3.** Chief Judge Waller has personally stated to Plaintiff that he "knows" Judge Johnston. Judge Johnston has likewise told Plaintiff that he knows Judge Waller.

**4.** Judge Johnston is also currently presiding over Plaintiff's other pending federal case (*Sam v. DeKalb County, et al.*) involving defendants and facts, many of which are directly related to the matters at issue here.

**5.** The combination of (a) Judge Johnston's personal connection to a named defendant in Plaintiff's related litigation, and (b) his simultaneous handling of other cases involving closely related parties, creates an unavoidable **appearance of bias within** the meaning of 28 U.S.C. § 455(a).

**6.** The Due Process Clause of the Fourteenth Amendment guarantees litigants the right to a fair and impartial tribunal. The appearance of bias alone is sufficient to require reassignment to preserve public confidence in the judiciary. *Liljeberg v. Health Services Acquisition Corp.*,

486 U.S. 847, 860–61 (1988); *In re Murchison*, 349 U.S. 133, 136 (1955).

**7.** Given these circumstances, Plaintiff respectfully requests that this matter be reassigned to a judge in the Eastern Division (Chicago) who has no personal or professional connection to Judge Waller or any other defendant in Plaintiff's related litigation.

**WHEREFORE**, Plaintiff respectfully requests that the Chief Judge enter an order reassigning *Sam v. Scott, et al.* (3:25-cv-50338) to the Eastern Division (Chicago) to ensure fairness, avoid the appearance of impropriety, and protect the integrity of these proceedings.

Respectfully submitted,

Dated: August 11, 2025

/s/ Robert Sam
Robert Sam
639 stonegate dr
Sycamore Illinois 60178
779-777-3265
harpees5@yahoo.com
Plaintiff, Pro Se