

**FILED**
11/4/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION**

**Robert John Sam Jr.,**
Plaintiff,
v.
**Officer Andrew Neuman** and **Officer G. Zepeda**,
Defendants.

Case No. **3:25-cv-50338**
Judge **Iain D. Johnston**

**MOTION FOR U.S. MARSHALS SERVICE OF PROCESS**

Plaintiff **Robert John Sam Jr.**, appearing pro se and proceeding **in forma pauperis** pursuant to the Court's Order dated **November 4, 2025**, respectfully moves this Honorable Court to direct the **United States Marshals Service** to serve process upon the remaining Defendants, **Officer Andrew Neuman** and **Officer G. Zepeda**, in accordance with **Federal Rule of Civil Procedure 4(c)(3)**.

In support of this motion, Plaintiff states as follows:

1. On **November 4, 2025**, the Court granted Plaintiff's Application to Proceed In Forma Pauperis and allowed

the action to proceed on the **First Amendment** and **Equal Protection** claims against Officers Neuman and Zepeda.

2.  Because Plaintiff has been granted leave to proceed in forma pauperis under **28 U.S.C. § 1915(d)**, service of the summons and complaint must be effected by the **U.S. Marshals Service** at no cost to the Plaintiff.

3. Accordingly, Plaintiff requests that this Court issue an order directing the **Clerk of Court** to deliver the necessary summonses, copies of the complaint, and completed USM-285 forms to the **U.S. Marshals Service** for service upon Officers Neuman and Zepeda.

**WHEREFORE, Plaintiff respectfully prays that this Court:**

- (a) Direct the **U.S. Marshals Service** to serve the summons and complaint on **Officer Andrew Neuman** and **Officer G. Zepeda** at the Sycamore Police Department or their official addresses;

- (b) Order that service be made **without prepayment of costs** pursuant to **28 U.S.C. § 1915(d)**; and

- (c) Grant such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

**Dated:** November 4th 2025

**By:** /s/ Robert John Sam Jr.
**Robert John Sam Jr. (Pro Se)**
 [harpees5@yahoo.com]
779-777-3265