## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

Robert Sam

                          Plaintiff,

v.                                             Case No.: 3:25–cv–50338
                                             Honorable Iain D. Johnston

Andrew Neuman, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

       MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's motion for service of process at government expense [7] is granted. Because Plaintiff was granted leave to proceed in forma pauperis [6], he is entitled to serve Defendants by the U.S. Marshal. Accordingly, the Clerk is directed to: (1) issue summons for service of the complaint on Neuman and Zepeda; and (2) mail two blank USM–285 Forms to Plaintiff. Once received, Plaintiff shall fill out the forms with details about where to serve Defendants Neuman and Zepeda and provide the completed forms to the Clerk's Office by 12/05/25. The U.S. Marshal is appointed to serve Defendants but will not attempt service unless and until the required USM–285 forms are received. The U.S. Marshal is authorized to send a request for waiver of service to Defendants in the manner prescribed by Federal Rule of Civil Procedure 4(d) before attempting personal service. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.