

RECEIVED
12/1/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**Robert Sam,** Plaintiff

v.

**Officers Zepeda and Neuman, et al.,** Defendants

Case No. **3:25-cv-50338**

**PLAINTIFF'S REQUEST FOR STATUS AND BRIEFING SCHEDULE**

Plaintiff, Robert Sam, respectfully requests clarification regarding the current status of this case and whether a briefing schedule has been set.

Defendants have filed appearances, and Plaintiff wishes to ensure he is aware of all upcoming deadlines for any responsive pleadings or motions. As of today, no scheduling or briefing order appears on the docket.

Accordingly, Plaintiff respectfully asks the Court to advise:

1. Whether Defendants' responsive pleading deadline has been set;

2. Whether a briefing schedule will be entered if Defendants file a Rule 12 motion; and

3. Whether any additional action is required from Plaintiff at this time.

Respectfully submitted,
/s/ Robert Sam
Pro Se Plaintiff
harpees5@yahoo.com
12/1/25