# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

Robert Sam

              Plaintiff,

v.

Andrew Neuman, et al.

              Defendant.

Case No.: 3:25−cv−50338
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 3, 2025:

       MINUTE entry before the Honorable Margaret J. Schneider: As to Plaintiff's request for status and briefing schedule [14], no action is needed from Plaintiff at this time. The Court will set further dates once the defendants answer or otherwise respond to the complaint, which is due by 01/12/26. See [12], [13]. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.