**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Western Division**

Robert Sam

                    Plaintiff,

v.                                                     Case No.: 3:25−cv−50338
                                                       Honorable Iain D. Johnston

Andrew Neuman, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 3, 2026:

     MINUTE entry before the Honorable Iain D. Johnston: Defendants move to dismiss Counts I and III of the Complaint. Dkt. 18. This motion is a partial motion to dismiss because the Court's screening order didn't dismiss Count V, the ADA Title II and Section 504 Retaliation Act Claim. Per the Court's standing order, the motion to dismiss [18] and related briefing [20] [21] are stricken from the record. The Defendants must move to dismiss all remaining claims or file an answer and a motion for judgment on the pleadings by 3/17/26. Plaintiff has until 3/31/26 to respond. Defendants have until 4/10/26 to reply. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.